Case: 5:24-cv-00005-DCB-ASH

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 24 2025

BY ARTHUR JOHNSTON
        DEPUTY

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAY 15 2025

BY ARTHUR JOHNSTON
        DEPUTY

Landon Earl Thomas 108168
South MS Correctional Facility
P.O. Box 1419
Leakesville, MS 39451

------------------------------------------------

A) Explain how Defendant Sheriff Brumfield violated plaintiff's Constitutional rights, including the dates of the Incidents;

- The eight Amendment forbids "Cruel and unusual punishment" It ~~excessive~~ has been interpreted to prohibit excessive force and Guard brutality as well as unsanitary, dangerous or overly restrictive conditions. It is also the source for my right to medical care while incarcerated at Pike County Jail. Also no acess to a law library and denial of access to the courts. James Brumfield was the elected sheriff ~~at the~~ at the time of my incarceration from March 3, 2022 - feb 6, 2023, ~~during there~~ ~~He~~ He is responsible for the day to day operations the procedures and policies as well As the oversees of Employees working at the Pike County Jail. Everythin most go thru the Sheriff, Therefore he is responsible

B) State the dates when the Allegations of Plaintiff's Complaint occurred, including the date when he was assaulted By Defendant Young; and Excessive force was Used. without warrant:
- I was assaulted by herbert Young on or about Oct 2, 2022 at about 7:50 am (They sent a recording of the Assault to the grand jury.) Its on record.

Case: 5:24-cv-00005-DCB-ASH

Landon  Earl Thomas 108168
South MS Correctional Facility
P.O. Box 1419
Leakesville, MS 39451

------------------------------------------------------------

e) State allegations of the policies, practices, or customs including dates, establishing that Pike County violated Plaintiff's constitutional rights concerning the Conditions of the Pike County Jail.

- Pike County is Responsible for funding the Jai The Pike County Jail is in Pike County, Ms The Conditions of the jail the maintenance up Keeping. The lock of proper hygeine ~~Black~~ Black mold, Rusted Air vents, dirty clogged vents, Exposed wires, no lights in the cells, cells that doors don't lock, overcrowding, sleeping on floors in cells and out of cells, Poor inadequat food. ~~No Heat~~ No Heat in the winter and little or no air during the Summer. Little or no Excercise (recreational or yard calls) Poor accomendations for People with disabilities. Super Max isolation, from March 3, 2022 - feb 6, 2023, and Oct 3, 2023 Oct 4, 2024.

X _Landon Thomas_ # 108168
  print name

X _[signature]_ # 108168
  signature