# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**LANDON EARL THOMAS**                                                                **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 5:24-CV-0005-DCB-ASH**

**PIKE COUNTY, MISSISSIPPI, et al.**                                                  **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Counsel for Defendants, Pike County, Mississippi, Sheriff James Brumfield, Captain Richard Bynam, Valerie Wells, Briana Perryman, and Kimberly Wallace, Bethany A. Tarpley, moves to withdraw as counsel from this matter. In support of this motion, Ms. Tarpley states as follows:

1. Ms. Tarpley represented Defendants, Pike County, Mississippi, Sheriff James Brumfield, Captain Richard Bynam, Valerie Wells, Briana Perryman, and Kimberly Wallace as an attorney for the law firm of Jacks Griffith Luciano.

2. Ms. Tarpley accepted a new position with the E. J. Saad Firm in Mobile, Alabama, and will no longer be employed with Jacks Griffith Luciano, effective September 19, 2025. As the result of her transition into new employment and a new firm, Ms. Tarpley can no longer represent Defendants, Pike County, Mississippi, Sheriff James Brumfield, Captain Richard Bynam, Valerie Wells, Briana Perryman, and Kimberly Wallace in this action.

2. Jacks Griffith Luciano, P.A., will continue to represent Defendants through Daniel J. Griffith and Katherine P. McClellan who are also counsel of record in this case. Defendants will suffer no disruption in representation as the result of Ms. Tarpley's withdrawal.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that she be allowed to withdraw as counsel for Defendants, Pike County, Mississippi, Sheriff James Brumfield, Captain Richard Bynam, Valerie Wells, Briana Perryman, and Kimberly Wallace.

**RESPECTFULLY SUBMITTED** this the 12th day of September, 2025.

**JACKS | GRIFFITH | LUCIANO, P.A.**

By: /s/ ***Katherine P. McClellan***
Katherine P. McClellan, MS Bar No. 105718
An Attorney for Defendants, Pike County, Mississippi, Sheriff James Brumfield, Captain Richard Bynam, Valerie Wells, Briana Perryman, and Kimberly Wallace

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
Fax No. 662-843-6176
Email: btarpley@jlpalaw.com

**CERTIFICATE OF SERVICE**

I, Katherine P. McClellan, attorney of record for Defendants, Pike County, Mississippi, Sheriff James Brumfield, Captain Richard Bynam, Valerie Wells, Briana Perryman, and Kimberly Wallace, do hereby certify that I have this day filed electronically the above and foregoing *Motion to Withdraw as Counsel of Record* with the Clerk of this Court using the ECF Filing System which gave notification of filing to all registered counsel of record and via U.S. Mail which delivered a copy to:

> Landon Thomas, MDOC #108167
> South MS Correctional Facility
> P.O. Box 1419
> Leaksville, MS 39451
> **Pro Se Plaintiff**

**DATED** this 12th day of September, 2025.

/s/ ***Katherine P. McClellan***
Katherine P. McClellan