UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LANDON EARL THOMAS                                                                      PLAINTIFF

V.                                                          CIVIL ACTION NO. 5:24-CV-5-DCB-ASH

PIKE COUNTY, MISSISSIPPI, et al.                                                    DEFENDANTS

REPORT AND RECOMMENDATION

Pro se Plaintiff Landon Earl Thomas filed a Motion to Amend [48]. In his Motion [48], Plaintiff seeks dismissal of Defendant Valerie Wells. Mot. [48] at 1. Plaintiff says he "has determined that Valerie Wells did not intentionally nor hatefully deny medical attention, or inflict harm on the plaintiff, she was only doing as she was told to do." *Id*. At the omnibus hearing held on October 29, 2025, Plaintiff acknowledged that he wished to dismiss without prejudice Defendant Valerie Wells. Counsel for Defendant Valerie Wells did not oppose Plaintiff's Motion [48]. The undersigned accordingly construes Plaintiff's Motion [48] as a Motion to Dismiss without prejudice Defendant Valerie Wells and recommends that it be granted.

NOTICE OF RIGHT TO OBJECT

In accordance with the Rules of this Court, any party may serve and file written objections to the recommendations, with a copy[1] to the United States District Judge, the Magistrate Judge, and the opposing party, within fourteen days after being served a copy of this recommendation. Failure to timely file written objections to proposed findings, conclusions, and recommendations contained within this report and recommendation will bar that party from attacking on appeal unobjected to proposed factual findings and legal conclusions accepted by the District Court,

---

[1] Where a document is served by mail, the party is considered to have been served on the date the document is mailed by the Court. *See* Fed. R. Civ. P. 5(b)(2)(C).

except on the grounds of plain error. *See* 28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017).

    RESPECTFULLY SUBMITTED, this the 31st day of October, 2025.

                                     *s/Andrew S. Harris*
                                   UNITED STATES MAGISTRATE JUDGE