## UNITED STATES DISTRICT COURT
## SOUTHERN DISCTRICT OF MISSISSIPPI
## WESTERN DIVISION

**LANDON EARL THOMAS**                                                          **PLAINTIFF**

**VERSUS**                                     **CIVIL ACTION NO. 5:24-cv-00005-DCB-ASH**

**PIKE COUNTY, MISSISSIPPI;**
**SHERIFF JAMES BRUMFIELD;**
**CAPTAIN RICHARD BYNUM;**
**HERBERT YOUNG;**
**VALERIE WELLS;**
**BRIANNA PERRYMAN;**
**KIMBERLY WALLACE**                                                            **DEFENDANTS**

---

### DECLARATION OF HERBERT YOUNG

---

I, Herbert Young with the Pike County Sheriff's Department, make the following declaration based on personal knowledge:

1.      I currently serve as the Warden at Pike County Jail ("PCJ") and have served in that position since June 2023. I have been individually named as a defendant in this lawsuit filed by Plaintiff Landon Earl Thomas.

2.      Attached to this declaration is a true, correct, and comprehensive copy of records in the custody of PCJ relating to the incarceration of Plaintiff at PCJ, which include grievances Plaintiff filed pursuant to PCJ's grievance process in years 2022, 2023, and 2024. This file was produced to Plaintiff by my counsel at the October 29, 2025 omnibus hearing in the matter and are stamped DEFHY1 through DEFHY143. These records are kept in the ordinary course of PCJ's business.

3.      At the time Plaintiff filed this lawsuit on January 17, 2024, PCJ had in place a grievance system that allowed for inmates to submit complaints/grievances relating to their

conditions of confinement or their wants and needs arising out of their incarceration at PCJ for PCJ administration to review and remedy if possible.

4.      For at least the year-and-a-half before January 17, 2024, PCJ inmates submitted these grievance forms so PCJ administration could resolve whatever issue they had.  My review of Plaintiff's jail file reveals that he routinely submitted these grievance forms and complained about various issues related to his incarceration at PCJ.

5.      From my review of his grievance file, I've listed certain grievances he filed with PCJ administration below:

- March 14, 2022: Grievances requesting a double portion on his food tray.  DEFHY119-120.

- October 28, 2023: Grievance requesting his psychiatric medications.  DEFHY136.

- November 3, 2023: Grievance requesting a follow up on his earlier request for refill/transfer of certain psychiatric medications.  DEFHY142.

- November 14, 2023: Grievance requesting blank paper to draw on to send letter to his daughter.  DEFHY143.

- March 1, 2024: Grievance addressed to PCJ Lieutenant denigrating her and making negative comments about her disability.  DEFHY50.

- April 9, 2024: Grievance addressed to PCJ Lieutenant denigrating her and making negative comments about her disability.  DEFHY50.

- April 17, 2024: Grievance regarding Plaintiff allegedly not receiving his mail and requesting PCJ administration look for certain pieces of his mail that may be lost.  DEFHY51.

- April 17, 2024: Separate grievance regarding Plaintiff allegedly not receiving his mail and requesting he receive a copy of his outgoing and incoming mail records.  DEFHY52.  On April 22, 2024, PCJ staff responded with an update for him regarding PCJ's response to his earlier mail-related grievance.  DEFHY61.

- April 18, 2024: Grievance regarding Plaintiff allegedly not receiving his mail and requesting PCJ administration take other steps with respect to his mail.  DEFHY62-63.

6.    This list is not comprehensive and excludes a litany of medical-related grievances[1] he filed from 2022 through 2024.  Still, the list of grievances do illustrate that Plaintiff had access to, was familiar with, and routinely used the inmate grievance process at PCJ both before and after he filed this lawsuit on January 17, 2024.  PCJ's grievance process was available to and utilized by Plaintiff.

7.    I have reviewed the grievances Plaintiff filed before January 17, 2024 at PCJ and confirm that he did not submit any grievance related to his claims against me in this lawsuit.

8.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  28 U.S.C. § 1746.

_11-10-25_
**Date**

_Warden Herbert Young_ P-52
**Warden Herbert Young**

---

[1] This list is not comprehensive and excludes a litany of medical-related grievances[1] he filed from 2022 through 2024.  None of the grievances excluded relate to Plaintiff's claims against me in this case.



**Name:** THOMAS III, LANDON EARL

**Booking #:** 22-00000314      **Jacket #:** 19-00000225      **Local ID:**
   **DOC #:**                    **State #:**                      **FBI #:**
 **License:** 802220029        **State:** MS              **Expiration** 2023

     **DOB:**                        **Age:** 40                   **SSN:**
     **POB:** MCCOMB, MS

   **Race:** B                      **Gender:** M              **Ethnicity:** N
  **Height:** 6' 02''                **Weight:** 160             **Eye/Hair:** BRO/BLK

 **Address:** 07154 OLD HWY 24
    **City:** MAGNOLIA                **State:** MS                   **Zip:** 39652

**Employer:**
    **City:**                       **State:**                     **Zip:**
   **Phone:**                       **From:**                      **To:**

DEFT000001

## Booking Information

**Booked #:** 22-00000314
**Agency:** PIKE - PIKE COUNTY SHERIFFS DEPARTMENT
**Booked By:** WALLACE,KIM (KW2970)                    **Date:**03/03/2022(20:37)

## Arrest Information

**Agency:** PIKE - PIKE COUNTY SHERIFFS DEPARTMENT
**Arrested By:** BRADY,KYLE (KB7536)                    **Date:**03/03/2022(18:00)

## Charge Information

**Charge:** BURGLARY / OTHER STRUCTURE
**Arrested By:** BRADY,KYLE (KB7536)                    **Date:**03/03/2022(18:00)
**Bond Amt:**

**Charge:** RECEIVING STOLEN PROPERTY, FELONY
**Arrested By:** BRADY,KYLE (KB7536)                    **Date:**03/03/2022(18:00)
**Bond Amt:**

**DEFHY0002**



## PIKE COUNTY MEDICAL INMATE PAYMENT SHEET

The Pike County Detention Center uses a medical co-pay system. After your initial screening, you will be charged $10.00 for every visit to our nurse, a doctor, hospital or any other medical provider. You will not be denied necessary medical services if you cannot pay the medical services fee.

I _Landon Thomas_ understand and acknowledge that I will be charged a $10.00 fee for each visit to the Nurse, doctor or any other required medical provider. This fee shall be deducted from my canteen and, if money is not available in y canteen at the time services are provided, it will be deducted from my canteen when funds are available.

I understand these terms and conditions of the medical usage while I am here in this facility.

_____          _____
**Inmate Signature**                    **Booking Officer Signature**

DEFHY0008



## PIKE COUNTY SHERIFF'S DEPARTMENT
## JAMES BRUMFIELD, SHERIFF
## KNOW YOR RIGHTS TO MAKE BOND

If bond has been set for you by the proper authority, you have the following options to make bond:

1) By depositing cash in the amount of the bond, which will be returned to you if you meet the conditions of your release.

2) If you qualify by depositing with the circuit clerk 10% of the bond or cash, which ever is greater. The money will also be returned to you or may be used by you to pay any attorney fees, court cost or fine, if you are convicted.

3) If you have charge of murder, manslaughter, rape, or sale of controlled substance where the amount of the sale involves an amount in excess of $500.00 you don't qualify.

## YOU MAY QUALIFY FOR A 10% CASH BONDD IF THE FOLLOWIING REQUIRMENTS ARE MET:

1) You have been convicted of a felony, been charged with escape or an order entered in a previous bond.

2) A return date must be set by the proper authority.

3) You must tender to the clerk of court 10% of the bond amount as set in case of $250.00 cash, which ever is greater.

4) You must sign an appearance bond guaranteeing your appearance and binding yourself to the state of Mississippi in the full amount of the bond, Therefore, set to be used in case of default.

5) You must make proper affidavit to the above.

6) You must bind yourself in the amount to report to the clerk of court by telephone and in writing when told to do so.

7) Having a bondsman post a surety bond through an insurance or surety company, the amount of his / her bond will not be returned.

Names and telephone numbers of the bondsman who have been granted a professional bondsman license by the commissioner or insurance of the state of Mississippi and who have copies of said license filed in the office area are available to you.

I have read and above understand; I have been showed a copy of the list of qualified professional bondsman that are posted in the Sheriff's Office in the Pike County Jail.

| Landon Thomas | 2038 | 3 , 3 , 2022 |
| --- | --- | --- |
| INMATE NAME | TIME | DATE |

| Landon Thomas | Wallace |
| --- | --- |
| INMATE SIGNATURE | BOOKING OFFICER NAME |

DEFHY0009

## CRIMINAL AFFIDAVIT

THE STATE OF MISSISSIPPI
PIKE COUNTY

BEFORE ME, an authorized official of Pike County
Detective Kyle Brady P23

Makes affidavit that: Landon Earl Thomas, III (B/M)
DOB: 09/24/1981
SSN: 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
Case#: 22-00002266

On or about March 3, 2022, in the county aforesaid, did willfully, unlawfully, feloniously
and burglariously break and enter the storage shed, the property of Phillip E. O'Brien in
which equipment and valuable things were kept for use with intent to steal therein at
1056 Woodcreek Ln., Magnolia, MS.

### BURGLARY-COMMERCIAL BUILDING, CARS, ETC
### [97-17-33]

Underlying Facts & Circumstances

On March 3, 2022, Deputies were dispatched to 1056 Woodcreek Ln., Magnolia, MS in
reference to a burglary. Deputies spoke with Phillip O'Brien who advised that the storage
building behind the residence had been broken into and multiple items were taken. Items
that were taken from this location were a Craftsman Air Compressor, a power generator
and a Kawasaki KLR 250 motorcycle. Video showed a black male, later identified as
Landon E. Thomas, III, walking off the property with a red and black rolling air
compressor. Thomas was located at 1004 Blackberry LN where he showed Detectives
and Deputies where all the stolen items were located including 7154 Old Hwy 24 and
1008 Carrie St. Thomas was arrested and charged with Burglary and Possession of Stolen
Property and transported to the Pike County Jail for booking.

Against the peace and dignity of the State of Mississippi

_____
Affiant

Sworn to and subscribed before me, this __3__ day of __March__, 2022

_____
Authorized Official
(Official Title)

AFFIANT                         DEFENDANT
Detective Kyle Brady            Landon E. Thomas, III
1201 North Clark Ave            865 North Clark Ave
Magnolia, MS, 39652             Magnolia, MS, 39652

**DEFHY0010**

# CRIMINAL AFFIDAVIT

THE STATE OF MISSISSIPPI
PIKE COUNTY

BEFORE ME, an authorized official of Pike County
Detective Kye Brady P23

Makes affidavit that: Landon Earl Thomas, III (B/M)
DOB: 09/24/1981
SSN: 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
Case#: 22-00002266

On or about March 3, 2022, in the county aforesaid, did willfully, intentionally,
unlawfully, and feloniously, possess and retain stolen property, knowing and having
reasonable grounds to believe the property to have been stolen.

## RECEIVING STOLEN PROPERTY
### [97-17-70]

## Underlying Facts & Circumstances

On March 3, 2022, Deputies were dispatched to 1056 Woodcreek Ln., Magnolia, MS in
reference to a burglary. Deputies spoke with Phillip O'Brien who advised that the storage
building behind the residence had been broken into and multiple items were taken. Items
that were taken from this location were a Craftsman Air Compressor, a power generator
and a Kawasaki KLR 250 motorcycle. Video showed a black male, later identified as
Landon E. Thomas, III, walking off the property with a red and black rolling air
compressor. Thomas was located at 1004 Blackberry LN where he showed Detectives
and Deputies where all the stolen items were located including 7154 Old Hwy 24 and
1008 Carrie St. Thomas was arrested and charged with Burglary and Possession of Stolen
Property and transported to the Pike County Jail for booking.

Against the peace and dignity of the State of Mississippi

_____
Affiant

Sworn to and subscribed before me, this __3__ day of _March_____, 2022

_____
Authorized Official
(Official Title)

AFFIANT                             DEFENDANT
Detective Kyle Brady                Landon E. Thomas, III
1201 North Clark Ave               865 North Clark Ave
Magnolia, MS, 39652                Magnolia, MS, 39652

**DEFHY0011**



# PIKE COUNTY JAIL
## ARREST INFO FROM OFFICER

### ARRESTEE INFO

ARRESTEE NAME: Landon Thomas Thompson   DATE: 3 / 3 / 2022

SSN ▓▓▓   D.O.B ▓▓▓   ADDRESS: _____

CITY: _____ STATE: ___ ZIP: _____

### ARREST INFO

TIME OF ARREST: _____ PLACE OF ARREST: Bullock Rd

CITY: _____ STATE: _____ ZIP: _____

### ARRESTEE CHARGES

1) _____  2) _____
3) _____  4) _____
5) _____  6) _____

### OFFICERS INFO

OFFICER'S NAME: I. Mayor   DATE: 3 / 3 / 2022

BADGE #: P36   AGENICE FROM: McCOMB___ PIKE ✓ MAGNOLIA___ OSYKA___

MHP___ MDOC___ SUMMIT___ DRUG COURT___ WILD LIFE___

DEFHY0012



# PIKE COUNTY DETENTION CENTER
## COURT INFORMATION

DATE: 03,04,2022          WARRANT#: _____          CAPIAS#:

INMATE NAME: Thomas, Landon Earl III          SS
      LAST        FIRST        MIDDLE

## CHARGES

1) Burglary
2) Receiving Stolen Prop. P.
3) _____
4) _____

5) _____
6) _____
7) _____
8) _____

9) _____
10) _____
11) _____
12) _____

AGENCY HOLDS: _____

## JURISDICTION / TYPE OF HEARING

JUSTICE COURT ✓
ARRAIGNMENT ✓
PRELIMINARY____
TRIAL____
SENTENCING____
OTHER____

CHANCERY COURT____
ARRAIGNMENT____
PRELIMINARY____
TRIAL____
SENTENCING____
OTHER____

INMATE #: _____

TIME: _____

BOND: _____
                CASH

COUNTY COURT____
ARRAIGNMENT____
PRELIMINARY____
TRIAL____
SENTENCING____
OTHER____

CIRCUIT COURT____
ARRAIGNMENT____
OMNIBUS HEARING____
MOTIONS HERING____
PLEA HEARING____
TRIAL____
PROBATION REVOCATION____
OTHER____

BOND: No Bond
              SURETY

### RESIDING JUDGE

JUDGE RIMES____ JUDGE HOLLINS____ JUDGE BREWER ✓ JUDGE MITCHELL____ JUDGE PRICE____ JUDGE STRONG____ JUDGE TAYLOR____
DEFENSE ATTORNEY: John McDell          APPT ____ RET ✓

DISPOSITION INSTRUCTIONS OF THE COURT

Not guilty plea entered; Prelim 3/22/22 - if 110,000° Surety Bond set
if bonds $10 to GU

DENNY0025

 

# PIKE COUNTY DETENTION CENTER
## JUSTICE COURT INFORMATION

DATE: _3-22-2022_     WARRANT#: _____     TIME: _0900_

INMATE NAME: _Thomas_     _Langdon_     _____     SS#: _____
          (LAST)          (FIRST)          (MIDDLE)

## CHARGES

1) _Burglary / Other Structure_    2) _____    3) _____
4) _Receiving Stolen Property, Felony_   5) _____    6) _____
7) _____    8) _____    9) _____
10) _____    11) _____    12) _____
13) _____    14) _____    15) _____

BOND AMOUNT: _$_____    _____ CASH    _____ SURETY    _____ NO BOND

AGENCY HOLDS: 1) _____        2) _____
3) _____    4) _____    5) _____

## TYPE OF HEARING

_____ ARRAIGNMENT    ✓ PRELIMINARY    _____ SENTENCING    _____ OTHER

## RESIDING JUDGE

_____ JUDGE RIMES    _____ JUDGE CONERLY    ✓ JUDGE BREWER

DEFENSE ATTORNEY: _____

## COURT DISPOSITION

Waived prelim; 50k Surety bond; Bto to GJ
_____
_____
_____

**DEFHY0026**

CAPIAS INSTANTER    22 05 w 76

=====================================================================================

THE STATE OF MISSISSIPPI

To the Sheriff of Rankin County – Greetings:

    We command you to take the body of **LANDON EARL THOMAS III**
if to be found in your County, and safely keep, so that you have said body
before the Honorable, the Circuit Court of Rankin County, in said State, to
be holden at the Courthouse thereof, in the City of Brandon, instanter,
then and there to answer unto the State of Mississippi on a charge of
**POSSESSION OF METHAMPHETAMINE;**

**AS A SUBSEQUENT DRUG OFFENDER**

(41-29-139)          by indictment of said Court at the   January term,
A. D., 2022, thereof, herein fail not, and have then this writ, with the
manner you have executed the same.

    Given under my hand and seal, and issued the 3rd day of     May

A. D., 2022.

    REBECCA N BOYD  CIRCUIT CLERK

    By: _____ DC

STATE OF MISSISSIPPI
COUNTY OF RANKIN

I have this day executed the within writ
personally by delivering a true copy of
this Capias and a true copy of the
indictment to:

    LANDON EARL THOMAS III
and placing same in the Rankin County
jail.

This the _____ day of _____ 20___
BRYAN BAILEY, SHERIFF

By: _____ DS

                         (CIRCUIT CLERK)

**DEFHY0027**

Case: 57CI1:22-cr-00146 *SEALED*    Document #: 2    Filed: 07/27/2022    Page 1 of 1

**State of Mississippi**                                                         **Plaintiff**

v.                                          **Cause No.: 57CI1:22-cr-00146 *SEALED***

**LANDON THOMAS**                                                               **Defendant**

<u>**CAPIAS**</u>

We command you to take the body of **LANDON THOMAS** if to be found in your County, and safely keep, so that you have said body before the Circuit Court of Pike County, Mississippi, INSTANTER, then and there to answer unto the State of Mississippi, on the charge(s) of:

**97-17-33.F Burglary - Vehicle, Train, Boat or Building other than Dwelling**

by indictment, filed in the said Court at the FEBRUARY, 2022 Term, thereof, herein fail not, and have then this writ, with the manner you have executed the same.

Given under the seal of said Court hereunto affixed, and issued this 7/27/2022, A.D.

Roger Graves
Pike County Circuit Clerk

By:___/s/ Brenda Williams___D.C

STATE OF MISSISSIPPI
COUNTY OF Pike

I have this day executed the within writ personally by delivering a true copy of this Capias and a true copy of the indictment to:

**LANDON THOMAS**
and placing same in the Pike County jail.

This the _____ day of _____, _____

By: _____DS

*Circuit Court*
*Sept. 12, 2022*
*3 p.m.*

**DEFHY0028**

STATE OF MISSISSIPPI

**VERSUS**

**LANDON THOMAS**

FILED
PIKE COUNTY, MISS.

JUL 27 2022
@ 1:20 P.M.
ROGER A. GRAVES
CIRCUIT CLERK
BY

CAUSE #: 22-146

## INDICTMENT FOR THE OFFENSE OF BURGLARY OF A BUILDING

### THE STATE OF MISSISSIPPI, FOURTEENTH JUDICIAL DISTRICT
### COUNTY OF PIKE

### IN THE CIRCUIT COURT OF SAID COUNTY, FEBRUARY TERM, 2022

The Grand Jurors of the State of Mississippi, taken from the body of good and lawful citizens of said county, elected, summoned, empaneled, sworn and charged to inquire in and for the body of the county aforesaid, at the term aforesaid, of the court aforesaid, in the name and by the authority of the State of Mississippi, upon their oaths present that LANDON THOMAS, late of county aforesaid, on or about March 3, 2022, in Pike County, Mississippi, and within the jurisdiction of this court, did wilfully, unlawfully, feloniously and burglariously break and enter that certain storage building, the personal property of Mack Shippen, Pike County, Mississippi, by breaking through an outer door of said building, with the intent to wilfully and unlawfully take, steal and carry away the valuable things of Mack Shippen, then and there being kept in said building for his own use, contrary to and in violation of Section 97-17-33 of the Mississippi Code of 1972, and being against the peace and dignity of the State of Mississippi.

Endorsed: A True Bill.

FOREPERSON OF THE GRAND JURY

DEE BATES, DISTRICT ATTORNEY
BY:

LANDON THOMAS, BM
SSN: XXX-XX-3392
DOB: 09/24/1981

**DEFHY0029**

PIKE COUNTY DETENTION CENTER
COURT INFORMATION SHEET

DATE: Sept 27, 22                                           INMATE #: _____

CAPIAS #: 22 - 146 - PkS

INMATE NAME: Thomas _____ Landon _____
              LAST                    FIRST                              MIDDLE

INMATE SOCIAL: _____                                  TIME: _____

CHARGES:

Burg of Bldg

AGENCY HOLDS: _____

JURISDICTION/TYPE OF HEARING

CITY:           MCCOMB           SUMMIT          MAGNOLIA              OSYKA

_____ARRAIGNMENT                          _____TRIAL
_____PRELIMINARY                          _____OTHER                    _____

_____JUSTICE COURT
_____ARRAIGNMENT                          _____TRIAL
_____PRELIMINARY                          _____OTHER                    _____

_____COUNTY COURT
_____ARRAIGNMENT                          _____TRIAL
_____PRELIMINARY                          _____OTHER                    _____

_____CHANCERY COURT
_____ARRAIGNMENT                          _____TRIAL
_____PRELIMINARY                          _____OTHER                    _____

___✓___CIRCUIT COURT
_____ARRAIGNMENT                          _____TRIAL
___✓___OMNIBUS HEARING                      _____SENTENCING HEARING
_____MOTIONS HEARING                      _____PROBATION REVOCATION
_____PLEA HEARING                         _____OTHER                    _____

RESIDING JUDGE: Smith

DEFENSE ATTORNEY: Estess _____     APPT. _____      RET. _____

DISPOSITION INSTRUCTIONS OF THE COURT:

|                         | COUNT 1 | COUNT 2 | COUNT 3 | COUNT 4 | COUNT 5 | COUNT 6 | COUNT 7 |
|-------------------------|---------|---------|---------|---------|---------|---------|---------|
| Yrs in MS Penitentiary  |         |         |         |         |         |         |         |
| Yrs Suspended           |         |         |         |         |         |         |         |
| Yrs To Serve            |         |         |         |         |         |         |         |
| Yrs on Probation        |         |         |         |         |         |         |         |
| TVC                     |         |         |         |         |         |         |         |

OTHER: Call 11/28/22 - trial 12/6/22

**IN THE JUSTICE COURT OF PIKE COUNTY,**                                   DOCKET: _____

**STATE OF MISSISSIPPI**                                                   PAGE #: _____

                                                                          P.C.S.O. CASE # _____

STATE OF MISSISSIPPI

VERSUS

| Landon Thomas | B | M |  | |
|---|---|---|---|---|
| DEFENDANTS NAME | RACE | SEX | DATE OF BIRTH | SOCIAL SECURITY NUMBER |

I, _____Officer Herbert Young P-81_____ , THE AFFIANT, BEING DULY SWORN, MAKE THIS AFFIDAVIT THAT

_____Landon Thomas_____ , THE DEFENDANT, ON OR ABOUT THE __11__ DAY OF ___October___ , _2022_ ,

AND WITHIN THE JURISDICTION OF THIS COUNTY, DID WILLFULLY, UNLAWFULLY, AND FELONIOUSLY,

Cause physical and bodily harm to a Corrections Officer.

(underlying facts and circumstances)

On October 11, 2022 at approximately 0845 Hrs. Inmate Landon Thomas was sitting in the sallyport cage awaiting to be transported. I (Officer Young) was walking to the sallyport to assist with another transport. As I approached the sallyport cage, Inmate Thomas began cursing at me and threating to beat me up. When I walked past him, about to exit into the sallyport, Inmate Thomas walked closely up to me. I requested for Inmate Thomas to sit back down. Inmate Thomas then struck me in the face multiple times with his right hand (that was not cuffed, due to it being in a brace from a previous broken wrist), causing lacerations to my forehead and left cheek.

IN VIOLATION OF SECTION, [Assault/Simple/ Upon LEO, Ect. [97-3-7F]

MISSISSIPPI CODE OF 1972 AS ANNOTATED

AFFIANT,_____

SWORN TO AND SUBSCRIBED BEFORE ME, THIS _____ DAY OF _____ (month), 20_____

Justice Court Clerk,_____

| DEPUTIES/VICTIMS/WITNESSES TO BE SUBPOENAED FOR TRIAL | | DEFENDANT |
|---|---|---|
| Officer Herbert Young P-81 | Officer Appolonia Williams | Inmate Landon Thomas |
| P.C.S.O. | P.C.S.O. | |
| 601-783-2324 | 601-783-2324 | |

DEFHY0031

 

## PIKE COUNTY DETENTION CENTER
## JUSTICE COURT INFORMATION

DATE: 11-7-2022          WARRANT#: _____          TIME: _____

INMATE NAME: Thomas     Landon     Earl          SS#: ▮▮▮▮▮▮
                (LAST)         (FIRST)      (MIDDLE)

### CHARGES

1) Assault on LED.        2) _____        3) _____
4) _____             5) _____        6) _____
7) _____             8) _____        9) _____
10) _____            11) _____       12) _____
13) _____            14) _____       15) _____

BOND AMOUNT: $ No Bond _____ CASH _____ SURETY _____ NO BO

AGENCY HOLDS: 1) PCSO (Burglary $30,000.ºº)          2) Rankin
3) _____         4) _____          5) _____

### TYPE OF HEARING

_____ ARRAIGNMENT  _____ PRELIMINARY  _____ SENTENCING  _____ OTHER

### RESIDING JUDGE

_____ JUDGE RIMES  _____ JUDGE CONERLY  X  JUDGE BREV

DEFENSE ATTORNEY: John McNeal

### COURT DISPOSITION

Bound Over

DEFHY0032

PIKE COUNTY DETENTION CENTER
COURT INFORMATION SHEET

DATE: 11·28·22                                    INMATE #: _____

CAPIAS #: 22 - 146 - PKS

INMATE NAME: Thomas                   Landon                    Earl
           LAST              FIRST                          MIDDLE

INMATE SOCIAL: ▮                                  TIME: 1300

CHARGES:

Burgl. of Bldg.    30,000.00

AGENCY HOLDS: Rankin , P.C.S.O.

JURISDICTION/TYPE OF HEARING

CITY:          MCCOMB          SUMMIT          MAGNOLIA              OSYKA

_____ARRAIGNMENT                          _____TRIAL
_____PRELIMINARY                          _____OTHER

_____JUSTICE COURT
_____ARRAIGNMENT                          _____TRIAL
_____PRELIMINARY                          _____OTHER

_____COUNTY COURT
_____ARRAIGNMENT                          _____TRIAL
_____PRELIMINARY                          _____OTHER

_____CHANCERY COURT
_____ARRAIGNMENT                          _____TRIAL
_____PRELIMINARY                          _____OTHER

X _____CIRCUIT COURT
_____ARRAIGNMENT                          _____TRIAL
_____OMNIBUS HEARING             _____SENTENCING HEARING
_____MOTIONS HEARING             _____PROBATION REVOCATION
_____PLEA HEARING                 X _____OTHER   Call of Docket

RESIDING JUDGE: Strong

DEFENSE ATTORNEY: Estess                  APPT. ___X___           RET. _____

DISPOSITION INSTRUCTIONS OF THE COURT:

|                        | COUNT 1 | COUNT 2 | COUNT 3 | COUNT 4 | COUNT 5 | COUNT 6 | COUNT 7 |
|------------------------|---------|---------|---------|---------|---------|---------|---------|
| Yrs in MS Penitentiary |         |         |         |         |         |         |         |
| Yrs Suspended          |         |         |         |         |         |         |         |
| Yrs To Serve           |         |         |         |         |         |         |         |
| Yrs on Probation       |         |         |         |         |         |         |         |
| TVC                    |         |         |         |         |         |         |         |

OTHER: Cont 1/4/23 1300hrs

DEFHY0033



# PRE-SENTENCE/PRE-TRIAL COUNTY JAIL TIME

**To:** Pike County

**From:** MDOC-Records Department

**Staff:** Kimberly Camper

**Fax:** Faxed

**Date:** January 19, 2023

**Pages:** 1

We are in receipt of court documents sentencing the offender below to the custody of the Mississippi Department of Corrections. In order to complete the sentence computation of the offender, we are requesting the pre-sentence/pre-trial jail confinement of this offender. Please submit only the time that applies to the current incarceration.

## UPON RECEIPT, PLEASE COMPLETE THIS FORM AND FAX TO 601.973.3883

Should you have any questions, please phone 601.933.2889 and contact the person listed above.

| OFFENDER NAME | THOMAS, LANDON | MDOC # | 108168 |
|---|---|---|---|
| Date of birth | | SSN | |
| Gender | M | Race | B |
| Cause No(s) | 22-146 PKS | Date(s) Crime(s) Committed | 03/03/2022 |
| Crime(s) | *Burglary – Vehicle* | | |

## Pre-sentenced/Pre-Trial County Jail Confinement

| START DATE | | END DATE | START DATE | | END DATE |
|---|---|---|---|---|---|
| 03·03·2022 | thru | present | | thru | |
| | thru | | | thru | |
| | thru | | | thru | |
| | thru | | | thru | |
| | thru | | | thru | |
| | thru | | | thru | |

**PLEASE PRINT NAME, SIGN AND DATE:**

Suzanna Morris
Print

Suzanna Morris TAC
Signature    Title

1-20.23
Date

## THANK YOU, YOUR PROMPT RESPONSE IS GREATLY APPRECIATED.

**DEFHY0034**

# PIKE COUNTY JAIL PROPERTY RELEASE FORM

I, _Landon Thomas_____, HEREBY AUTHORIZE THE PIKE
COUNTY SHERIFF'S DEPARTMENT TO RELEASE ANY AND ALL REMAINING
PROPERTY BELONGING TO ME TO:

NAME: _Freddy Franklin_____ PHONE #: _(601) 730-4023_

INMATE'S SIGNATURE: _Landon Thomas_ DATE: _2-6-23_

WITNESS: _____ DATE: _____

CONTACT MADE _____ YES _____ NO  TIME:_____ DATE:_____

*************************************************************************

I, _____, DID RECEIVE FROM THE PIKE
COUNTY SHERIFF'S DEPARTMENT ANY AND ALL REMAINGING PROPERTY
BELONGING TO:

INMATE'S NAME: _____

RECEIVING PARTY NAME: _____ DATE: _____

WITNESS: _____ DATE: _____

**DEFHY0035**



**Name:** THOMAS III, LANDON EARL

**Booking #:** 23-00001862    **Jacket #:** 19-00000225    **Local ID:**
    **DOC #:**                        **State #:**                    **FBI #:**
 **License:** 802220029            **State:** MS              **Expiration** 2023

        **DOB:**                        **Age:** 42                    **SSN:**
        **POB:** MCCOMB, MS

    **Race:** B                    **Gender:** M                **Ethnicity:** N
  **Height:** 6' 02''            **Weight:** 160              **Eye/Hair:** BRO/BLK

  **Address:** 07154 OLD HWY 24
      **City:** MAGNOLIA            **State:** MS                    **Zip:** 39652

 **Employer:** UNEMPLOYED
      **City:**                        **State:**                    **Zip:**
    **Phone:**                        **From:**                    **To:**

DEMHS0036

## Booking Information

**Booked #:** 23-00001862
**Agency:** MCPD - MCCOMB POLICE DEPARTMENT
**Booked By:** HOLMES,ANNTERNELL (AH)          **Date:**10/03/2023(12:10)

## Arrest Information

**Agency:** MCPD - MCCOMB POLICE DEPARTMENT
**Arrested By:** BAKER,DONALD (DB1701)          **Date:**10/03/2023(10:30)

## Charge Information

**Charge:** WEAPON / POSSESSION BY CONVICTED FELON
**Arrested By:** BAKER,DONALD (DB1701)          **Date:**10/03/2023(10:30)
**Bond Amt:**

## Hold Information

**Agency:** MDOC - MS DEPT OF CORRECTIONS
**Start:** 10/03/2023          **End:**

**DEFHY0037**

PERSONAL PROPERTY FORM
Pike County Sheriff's Office

Report Date:
10/03/2023

Officer's Name:
AH0039 -

Name:
LANDON THOMAS

Case Number:

Ssn:

Date Of Birth:

Cell No:
G1

Personal Property (list Each Item On Separate Lines):
BLUE JEAN SHORTS, GRAY SHIRT, CELLPHONE WALLET,
NO CASH, 4 CELLPHONE CHARGERS, BROWN BELT, BLACK
BELT, BROWN WALLET, BLACK BOX CELL CHARGER

## 1. PROPERTY CLAIM AGREEMENT (INMATE)

I Certify That The Items Listed Are All Personal Property I Have At
The Time Of My Admission To Jail. I Understand That Any Personal
Property Not Claimed At The Time Of My Release Will Be Held For
Thirty (30) Days From The Date Of My Release.:
YES

Claim Agreement Date:
10/03/2023

Claim Agreement Time:
1208

Inmate Signature( Date )

## 2. RECEIPT ACKNOWLEDGEMENT (BOOKING OFFICER)

I Hereby Acknowledge The Receipt Of The Above Individual And His/her
Listed Property.:
YES

Booking Receipt Date:
10/03/2023

Booking Receipt Time:
1208

Booking Officer Signature( Date )

10/3/23

## 3. RELEASE TO RECEIVING INDIVIDUAL (INMATE)

I Authorize The Release Of All Listed Property With The Exception Of

DEFHY0041

Receiving Individual Name:

Release To Date:

Release To Time:

Inmate Signature( Date )

---

## 4. RELEASE TO RECEIVING INDIVIDUAL (RECEIVING INDIVIDUAL)

I Acknowledge The Receipt Of The Above Inmate's Listed Property With
The Exception Of All Money And Basic Street Clothes (shoes/socks,
Pants, Shirt).:

Receiver Date:

Receiver Time:

Receiving Individual Signature( Date )

---

## 5. RECEIPT ACKNOWLEDGEMENT (INMATE)

I Acknowledge That I Have Received The Above Listed Property
(excluding Money Credited Tothe Inmate Account) At The Time Of My
Release From Jail.:

Release Receipt Date:

Release Receipt Time:

Inmate Signature( Date )

---

## 6. DONATION AUTHORIZATION

I Authorize The Release And Donation Of The Balance Of My Inmate
Account To The Pike County Inmate Canteen Fund At The Time Of My
Release From Jail.:

Donation Date:

Donation Time:

Inmate Signature( Date )

---

DEFHY0042

SMSO-CID-1900

NARRATIVE/CHARGES CONTINUED

SUBJECT: THOMAS. LANDON DOB 102281 SS 587393392

CHARGE: POSSESSION OF FIREARM BY CONVICTED FELON, HOLD FOR OTHER AGENCY

MEDICAL: NO MEDICAL PROBLEMS AT BOOKING

PROPERTY: 2-BELTS: BRN / BLUE, 1-BLUE BAG, 1-BRN WALLET, 1-CELL PHONE,
            1- BLUE HOODIE, AND 1- BLUE / ORANGE CAP

INMATE SIGNATURE_____

OFFICER SIGNATURE_____

RECEIVING SIGNATURE T. Griggs

COPY
P-65

**DEFHY0043**

SMSO-CID-1900

**BOOKING SHEET**

**McComb Police Department**

ARRESTING OFFICER: COMPLETE THIS PORTION OF FORM

Case # 2300013710
Bureau
Ident. No. _____

Date & Time of Arrest: _10/03/23 - 10:30_ _____    Place of Arrest: _211 MAIN ST_ _____

NAME (Last, First, Middle): _THOMAS, LANDON,_ _____    ALIASES: _____

ADDRESS: _07151 OLD HWY 24 01 HW, MCCOMB, MS 39648_ _____

DATE OF BIRTH: _____ PLACE OF BIRTH: _MCCOMB_ | _MS_    PHONE: _____

RACE: _BLACK OR AFRICAN AMERICAN_   NATIONALITY: _UNKNOWN_    SEX: _MALE_    SS No.: _____

HEIGHT: _509_    WEIGHT: _135_    AGE: _041_

HAIR: _BLK_    EYES: _BRO_    **DEFENDANT'S SIGNATURE**

COMP: _____    BUILD: _____    DL or ID No: _____    State: _____   Class: _____   Expires: _____

Scars, Marks, Tattoos _____

CHARGE: _97-37-5 - WEAPON / POSSESSION BY CONVICTED FELON -- 01 Count_    **SUBJECT DOES NOT SPEAK ENGLISH**

CHARGE: _HOLD - HOLD FOR OTHER AGENCY -- 01 Count_ _____

CHARGE: _____    Language Spoken

CHARGE: _____

Information for Judge:

Location of Offense: _____    Date: _____   Time: _____

Weapons Used (if any): _____    Narcotics found: _____

Amount Taken (burglary & theft): $ _$0_    Amount recovered: $ _$0_

Persons Arrested: _____

BRIEF DETAILS:

SUBJECT: THOMAS, LANDON DOB [redacted]  SS [redacted]

CHARGE: POSSESSION OF FIREARM BY CONVICTED FELON, HOLD FOR OTHER AGENCY

MEDICAL: NO MEDICAL PROBLEMS AT BOOKING

OCCUPATION: _____    EMPLOYER: _____

ADDRESS / PHONE: _____

Arresting Officer(s): _DB1701-BAKER,DONALD_ _____

SIGNATURE: _____
ARRESTING OFFICER FILING REPORT

BOOKING DEPUTY: COMPLETE THIS PORTION OF FORM

Bond $ _____

RELEASED
DATE: _____    TIME: _____   BY WHOM: _____    REASON: _____

COURT DISPOSITION: _____

DATE: _10/3/2023_    PRINTED BY: _____    PICTURED BY: _____

Locker No.: _____    Cell No.: _____   CRIMINAL RECORD: _____

DEFHY0044

# DEPARTMENT OF CORRECTIONS

# Warrant
### Cause Number 22-146-PKS
## MDOC# 108168

In the Name of the State of Mississippi, and Peace Officer of the State of Mississippi:

WHEREAS, Levi Scott, has this day made oath before the Honorable JUDGE Strong that on the 4th day of January 2023 one LANDON THOMAS hereinafter referred to as the aforesaid, was convicted of the offense of Burglary of a Building in the Circuit Court of Pike County, which Court sentenced him/her to SEVEN YEARS in the custody of the Department of Corrections, with TWO YEARS to serve and FIVE YEARS suspended on post release supervision for a period of FIVE YEARS, in accordance with the provisions of Mississippi Code 1972, annotated, Section 47-7-34.

It further appearing that the defendant has not properly conducted himself/herself, but has Violated the conditions of his/her post release in a material respect by violating one or more of the following conditions:

Violations:
Avoid / Abscond Supervision: Offender failed to report for initial intake after being discharged on 09/04/2023.

SSN: 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
DOB: 09/24/1981
RACE: Black
SEX: Male

You are hereby authorized to arrest instantly the aforesaid LANDON THOMAS and bring him before me to be dealt with according to law.

Given under my hand and seal this       day of       , A.D.

cc:  Circuit Clerk (Original)
    Data
    Agent

Judge of the Circuit Court in and for Pike County

FILED
PIKE COUNTY, MISS.

SEP 21 2023

ROGER A. GRAVES
CIRCUIT CLERK
BY _____



# DEPARTMENT OF CORRECTIONS

# Warrant

### Cause Number 22-146-PKS
## MDOC# 108168

In the Name of the State of Mississippi, and Peace Officer of the State of Mississippi:

WHEREAS, Levi Scott, has this day made oath before the Honorable JUDGE Strong that on the 4th day of January 2023 one LANDON THOMAS hereinafter referred to as the aforesaid, was convicted of the offense of Burglary of a Building in the Circuit Court of Pike County, which Court sentenced him/her to SEVEN YEARS in the custody of the Department of Corrections, with TWO YEARS to serve and FIVE YEARS suspended on post release supervision for a period of FIVE YEARS, in accordance with the provisions of Mississippi Code 1972, annotated, Section 47-7-34.

It further appearing that the defendant has not properly conducted himself/herself, but has Violated the conditions of his/her post release in a material respect by violating one or more of the following conditions:

Violations:
Avoid / Abscond Supervision: Offender failed to report for initial intake after being discharged on 09/04/2023.

SSN: 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
DOB: 09/24/1981
RACE: Black
SEX: Male

You are hereby authorized to arrest instantly the aforesaid LANDON THOMAS and bring him before me to be dealt with according to law.

Given under my hand and seal this        day of        , A.D.

Judge of the Circuit Court in and for Pike County

cc:  Circuit Clerk (Original)
     Data
     Agent

FILED
PIKE COUNTY, MISS.

SEP 21 2023

ROGER A. GRAVES
CIRCUIT CLERK
BY

**DEFHY0046**



# PIKE COUNTY SHERIFF'S DEPARTMENT
## JAMES BRUMFIELD, SHERIFF
### KNOW YOR RIGHTS TO MAKE BOND

If bond has been set for you by the proper authority, you have the following options to make bond:

1) By depositing cash in the amount of the bond, which will be returned to you if you meet the conditions of your release.
2) If you qualify by depositing with the circuit clerk 10% of the bond or cash, which ever is greater. The money will also be returned to you or may be used by you to pay any attorney fees, court cost or fine, if you are convicted.
3) If you have charge of murder, manslaughter, rape, or sale of controlled substance where the amount of the sale involves an amount in excess of $500.00 you don't qualify.

YOU MAY QUALIFY FOR A 10% CASH BONDD IF THE FOLLOWIING REQUIRMENTS ARE MET:

1) You have been convicted of a felony, been charged with escape or an order entered in a previous bond.
2) A return date must be set by the proper authority.
3) You must tender to the clerk of court 10% of the bond amount as set in case of $250.00 cash, which ever is greater.
4) You must sign an appearance bond guaranteeing your appearance and binding yourself to the state of Mississippi in the full amount of the bond, Therefore, set to be used in case of default.
5) You must make proper affidavit to the above.
6) You must bind yourself in the amount to report to the clerk of court by telephone and in writing when told to do so.
7) Having a bondsman post a surety bond through an insurance or surety company, the amount of his / her bond will not be returned.

Names and telephone numbers of the bondsman who have been granted a professional bondsman license by the commissioner or insurance of the state of Mississippi and who have copies of said license filed in the office area are available to you.

I have read and above understand; I have been showed a copy of the list of qualified professional bondsman that are posted in the Sheriff's Office in the Pike County Jail.

Landon Thomas                     1221              10.3.23
INMATE NAME                       TIME              DATE

INMATE SIGNATURE                  BOOKING OFFICER NAME

**DEFHY0047**

*This file contains confidential information. Disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.*

## QUERY: MS - Received 10/03/2023 10:19:59

OLN/█████████

```
OLN/802220029     CLASS/State ID Card
THOMAS            LANDON         EARL            III
865 N Clark Ave                 Magnolia     MS   39652-2304
RAC/B     SEX/M   EYE/Black   HAI/Black   HGT/602      WGT/160
SOC/█████   DOB█████   ISSU/20230918 EXP/20230924
RESTRICTIONS/NONE      ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:UNLICENSED        STATUS CDL:UNLICENSED
    ** END OF DRIVERS HISTORY **
```

10/03/2023, 10:20:00
- MKE: DR
- Source: USER
- ISN: 06P1002DIN
- REF: 06P1002DIF

DEFHY0048   1/1

This file contains confidential information. Disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

## QUERY: MS - Received 10/03/2023 10:19:59

1L0100CZ,MRI5291763
MS0570000
NO NCIC WANT SOC/
NO NCIC WANT OLN/
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.

10/03/2023, 10:19:59
- MKE: QW
- Source: NCIC
- ISN: 06P1002DIL
- REF: 06P1002DIF

**DEFHY0049**

*KM Wallace*

**DATE:** 3-1-24

**NAME:** Landon Thomas **MDOC#** _____ **CELL/ZONE:** B

**DATE OF BIRTH:** _____ **DATE OF INCARCERATION:** _____

## CHECK THE BOX WHICH DESCRIBES THE ISSUE YOU NEED ASSISTANCE WITH:

- ☐ BEDDING/CLOTHING
- ☐ INMATE RECORDS
- ☐ INMATE ACCOUNTS
- ☐ TABLET ERRORS (BE SPECIFIC)
- ☐ MEDICAL

- ☐ CHAPLAIN
- ☐ CLASSES
- ☐ INMATE WORKER
- ☐ INVESTIGATIONS

- ☑ LT.
- ☐ WARDEN
- ☐ CAPTAIN
- ☐ OTHER

## BRIEFLY STATE YOUR NEED BELOW:

Since you like answering other peoples request forms for them, Cuz your lonely ASF. In your sad prothetic, half handicap life (you cant chase dick like you used to lol. But jus know since we dont have anything else to do back here in the zone I guess I'll get the zone to pray that hopefully soon you might not walk like a pirate anymore or your leg doesnt fall off or get infected an have to be amputated. So have to get a peg leg like a pirate too.

**INMATE DO NOT WRITE BELOW THIS LINE**

But you know when I tell the zone an show them how you answered MS. Jewel Simmons request for her. They probably wont pray that your leg stays on. Jus so you know they will probibly pray it rotts off an damn that will be like all prayers all prayed to god - An you know god answers prayers!!! Dont you?!?

At least tho I'll pray it stays on, jus like it is now forever an ever. ☺

**DEFHY0050**

*M's Mary S.*

DATE: 4-17-24

NAME: Landon Thomas     MDOC# _____   CELL/ZONE: A

DATE OF BIRTH: _____   DATE OF INCARCERATION: _____

## CHECK THE BOX WHICH DESCRIBES THE ISSUE YOU NEED ASSISTANCE WITH:

☐ BEDDING/CLOTHING
☐ INMATE RECORDS
☐ INMATE ACCOUNTS
☐ TABLET ERRORS (BE SPECIFIC)
☐ MEDICAL

☐ CHAPLAIN
☐ CLASSES
☐ INMATE WORKER
☐ INVESTIGATIONS

☐ LT.
☐ WARDEN
☐ CAPTAIN
☐ OTHER

## BRIEFLY STATE YOUR NEED BELOW:

I am still not receving my mail. The last letter I got was held up there in the front, with yall for a month it was received by your Jail March 8th I did not receive it from your Staff until April 8th I have sent out several Court letters and havent received anything back.

**INMATE DO NOT WRITE BELOW THIS LINE**

look for my mail for me please.

Landon I'm not aware of your mail being held up for a month because this shouldn't be happening, so I'm not for sure what happened unless it was with Mail Carry. I Check control room every day for, mail. Except mail comes on Saturday I check it and on Monday, I will look farther into this situation.

Sincerly, M. Sastras
P/54

**DEFHY0051**

Mary S

DATE: 4-17-24

NAME: Landon Thomas MDOC# _____ CELL/ZONE: B

DATE OF BIRTH: _____ DATE OF INCARCERATION: _____

## CHECK THE BOX WHICH DESCRIBES THE ISSUE YOU NEED ASSISTANCE WITH:

- ☐ BEDDING/CLOTHING
- ☐ INMATE RECORDS
- ☐ INMATE ACCOUNTS
- ☐ TABLET ERRORS (BE SPECIFIC)
- ☐ MEDICAL

- ☐ CHAPLAIN
- ☐ CLASSES
- ☐ INMATE WORKER
- ☐ INVESTIGATIONS

- ☐ LT.
- ☐ WARDEN
- ☐ CAPTAIN
- ☐ OTHER

## BRIEFLY STATE YOUR NEED BELOW:

I sent a request out to you to get a copy of my outgoing and incoming mail records and I still havent received a copy back. Please send me a copy of my mail records.

## INMATE DO NOT WRITE BELOW THIS LINE

Landon please see attached for out° incoming mail.

Sincerly,

M. Jastics /054

**DEFHY0052**

LOMODY INDINA)
2109 Jesse Hall Mem rd
Magnolia, Ms 39652

PIKE COUNTY JAIL
MAGNOLIA, MS 39652

Skye Marie Thomas
633 Pearl River Ave
McComb, Ms 39648

4/4/2024
MS

**DEFHY0053**

Laytown Thomas #107407
2109 Jesse Yeah Hem Rd
Magnolia, MS 39652
PIKE COUNTY JAIL
MAGNOLIA, MS

_Legal Mail_

M.D.O.C Records Departme
P.O. Box 88550
Pearl, Ms 39208

4/14/2024
MS

DEFHY0054

LOFULY MUMUS
City Jesse Hall prem rd
Magnolia, Ms 39652

Okee Mccuse Thomas)
653 Pearl River Ave
McComb, Ms 39648

2/17/2024
Mis



**DEFHY0055**

Landin Thomas
21071 Jesse Hill mem rd
Magnolia, Ms 3966572

PIKE COUNTY JAIL
MAGNOLIA, MS 39652

Legal Mail

Clerk, U.S. District Court
Southern District of Mississippi
501 E. Court St., STE 2.500
Jackson, Ms 39201

DEFHY0

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MISSISSIPPI 39201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Landon Earl Thomas 108168
Pike County Jail
2109 Jessie Hall Mem. Road
Magnolia, MS 39652

3965282174 C001

4/14/2024

MS

**DEFHY0057**

SOUTHERN DISTRICT OF MISSISSIPPI

Jackson         , MISSISSIPPI
OFFICIAL BUSINESS

$2.11 0
US POSTAGE
FIRST-CLASS

Special Mail — Open
in the presence of the inmate

Landon Thomas
Pike County Jail
2109 Jesse Hall Mem Rd

4/3/2034
MS

DEFHY0058

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
501 E. COURT ST., STE 2.500
JACKSON, MS 39201

OFFICIAL BUSINESS

3965323174 C001

Landon  Earl Thomas 108168
Pike County Jail
2109 Jessie Hall Mem. Road
Magnolia, MS 39652

S80807.096

$0.880
US POSTAGE
FIRST-CLASS
06290149-04-013
FROM 39401

**DEFHY0059**

SOUTHERN DISTRICT OF MISSISSIPPI
701 MAIN STREET, ROOM 200
HATTIESBURG, MISSISSIPPI 39401

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Landon Earl Thomas 108168
Pike County Jail
2109 Jessie Hall Mem. Road
Magnolia, MS 39652

39652#2174

GULFPORT MS 395

27 JAN 2024 PM 2 L

$80607847

DEFHY0060

DATE: 4/22/2024

NAME: _____

_____ MDOC# _____ CELL/ZONE: _____

DATE OF BIRTH: _____

_____ DATE OF INCARCERATION: _____

## CHECK THE BOX WHICH DESCRIBES THE ISSUE YOU NEED ASSISTANCE WITH:

- ☐ BEDDING/CLOTHING
- ☐ INMATE RECORDS
- ☐ INMATE ACCOUNTS
- ☐ TABLET ERRORS (BE SPECIFIC)
- ☐ MEDICAL

- ☐ CHAPLAIN
- ☐ CLASSES
- ☐ INMATE WORKER
- ☐ INVESTIGATIONS

- ☐ LT.
- ☐ WARDEN
- ☐ CAPTAIN
- ☐ OTHER

## BRIEFLY STATE YOUR NEED BELOW:

_____
_____
_____
_____
_____
_____

### INMATE DO NOT WRITE BELOW THIS LINE

Mr. Thomas just wanted to update you
after I spoke with you about your
legal mail. As of today I haven't received
any legal mail. Do you to ensure I receive
your legal mail please put an request form and
let me know you sending out legal mail.
And all incoming legal mail I will bring
it to you and you will sign a form stating
you received it.

Sincerly,
M.S/P54
4/22/2024

**DEFHY0061**

*Ms Mary S.*

DATE: 4-18-24

NAME: Landon Thomas   MDOC# _____ CELL/ZONE: B

DATE OF BIRTH: _____ DATE OF INCARCERATION: _____

## CHECK THE BOX WHICH DESCRIBES THE ISSUE YOU NEED ASSISTANCE WITH:

☐ BEDDING/CLOTHING          ☐ CHAPLAIN          ☐ LT.
☐ INMATE RECORDS            ☐ CLASSES           ☐ WARDEN
☐ INMATE ACCOUNTS           ☐ INMATE WORKER     ☐ CAPTAIN
☐ TABLET ERRORS (BE SPECIFIC) ☐ INVESTIGATIONS  ☐ OTHER
☐ MEDICAL

## BRIEFLY STATE YOUR NEED BELOW:

The copies of my incoming and out going mail records are missing several letters, especially the majority of the Court letters I sent out. The records I received states that I only sent out one letter to the Courts, when in fact I have sent out several letters to the Courts including the motion that yw notorized for me

### INMATE DO NOT WRITE BELOW THIS LINE

It also shows that I only wrote my daughter 2 times, when in fact I have written her a letter almost everyweek since I have been here. And I can show that I sent a letter to the Courts on feb 28 they received it and sent me back a letter on March the 8th, and I received that letter on April 3rd. This has nothing to do with you. Can you please investigate this for me and make sure that, or send me the copies of the rest of the mail records, that yw might have missed, because I Can prove that I wrote my daughter at least 2 or 3 times every month since I have been here from the letters that she has received. And I write down the times I put my letters in the Cage for your staff to pick up and the dates I put them in their. for my own purposes.

(Look On Back)

DEFHY0062

Plus I have other court letters that I have
received. Stamped and dated that were not
in your records. (the copies that you sent me)

Mary S.


Y0063

*As I have said before your appt was rescheduled. I'm sorry that you are unable to acept that answer. JmRH*

PIKE COUNTY SHERIFF'S OFFICE

# SHERIFF BRYANT "WALLY" JONES

1201 North Clark Ave. • Magnolia. Mississippi 39652
(601) 783-6767

Date and Time: **4-9-24**

Inmate Name: **Landon Thomas**    Date of Birth: _____

List your medical complaint below along with how long it has been happening:

Why haven't I seen a doctor to look at my arm. Its been almost 2 weeks since you were supposed to reschedule me an appointment. I went an was turned around March 19th. It is now April 9th seriously does it take that long?

Inmate Signature: *Landon Jones*    Date and Time: **4-9-24**

Printed Correction Officer Name: Carlita Thomas Dorsey

Correction Officer Signature: pno

Date and Time Complaint was sent to nurse: **4/9/24  2324**

Signature from receiving Nurse: _____

Date and time Received: _____

**DEFHY0064**



## PIKE COUNTY SHERIFF'S OFFICE
## SHERIFF BRYANT "WALLY" JONES
1201 North Clark Ave.• Magnolia. Mississippi 39652
(601) 783-6767

1936

Date and Time: 9-30-2V

Inmate Name: Landon Thomas

Last 4 of Social: ▮▮▮▮

Date of Birth: ▮▮▮▮

List your medical complaint below along with how long it has been happening:

My Tooth (Cavity)

gave 2-Tylenol
DTS #1
9/30/24
1936

Inmate Signature: _____    Date and Time: 9-30-20 1936

Printed Correction Officer Name: Dana Jackson

Correction Officer Signature: _____

Date and Time Complaint was sent to nurse: 9/30/24 1930

Signature from receiving Nurse: H. M. Kimms

Date and time Received: 9/30/24

more RN
10-01-24
© 0810

DEFHY0065



## PIKE COUNTY SHERIFF'S OFFICE
## SHERIFF BRYANT "WALLY" JONES
1201 North Clark Ave. • Magnolia, Mississippi 39652
(601) 783-6767

Date and Time: 8-2-24          Last 4 of Social:
Inmate Name: _____ _____ Date of Birth:

List your medical complaint below along with how long it has been happening:

I need a Tylenol
My headache

have 2 try it now

Inmate Signature: _____ Date and Time:

Printed Correction Officer Name: _____
Correction Officer Signature: _____
Date and Time Complaint was sent to nurse: _____

Signature from receiving Nurse: _____
Date and time Received: _____

# Transmission Log

A

Friday, 2022-04-15  09:11

1

| Date | Time | Type | Job # | Length | Speed | Fax Name/Number | Pgs | Status |
|------|------|------|-------|--------|-------|-----------------|-----|--------|
| 2022-04-15 | 09:10 | SCAN | 02119 | 0:42 | 31200 | 6012494852 | 3 | OK -- V.34 AB31 |



PIKE COUNTY SHERIFF'S OFFICE
SHERIFF BRYANT "WALLY" JONES
120 North Clark Ave · Magnolia, Mississippi 39652
(601) 783-5767

### FACSIMILE TRANSMITTAL COVERSHEET

DATE: 02-23-2024

TO: SW ortho

ONE: 601-249-4282    FAX: 601-249-4852    Pages: 3 including co

PIKE COUNTY DETENTION CENTER

REFERENCE:

COMMENTS: Thank you

Confidentiality Notice: This message including any attachments is for the sole use of the intended recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipients please contact the sender and destroy all copies of the original message.

**DEFHY0068**

My arm Has Been Broken
since 2-19-2 [SHERIFF PIKE COUNTY seal] An nobody
has done
Ive spoken to orthopedic's Anything
office and sent info to them to me.
at I called them PIKE COUNTY SHERIFF'S OFFICE
again, today 02/26/24. SHERIFF BRYANT "WALLY" JONES
They are to call me 1201 North Clark Ave.• Magnolia. Mississippi 39652
back tomarow with an appt. (601) 783-6767

**Date and Time:** 2-25-24
**Inmate Name:** Landon Thomas      **Date of Birth:** _____

List your medical complaint below along with how long it has been
happening:

now that my arm is br___
__en me any medical ___
not civil an unsual punishment. you'r
not sent me to the hospital to make sure
my arm is healing properly. Not have___
given me any pain medicine. __
anyone look at my arm other than
me to get ___ ___ I an't know
is Broken. ___ an I got un why
no. done anything for me asked
It has Been 4 days since I first the ___

**Inmate Signature:** Landon Thomas    **Date and Time:** 2-25-24

**Printed Correction Officer Name:** _____
**Correction Officer Signature:** _____
**Date and Time Complaint was sent to nurse:** _____

**Signature from receiving Nurse:** _____
**Date and time Received:** _____

DEFHY0069

# Pike County Sheriff's Department
# Jail Incident Report

Incident # _____ Reporting Officer Kenjtra J. Cameron ID # P606 Shift D
Date and Time of Incident: 6-6-19 0204    Date/Time of Report: 6-6-19 0207

Inmate(s) Name: Thomas, Landon                Inmate # 83766    Cell # 101
              Terrell, Eric                           85534         101

Type of Incident: Self inflicted wounds
Location of Incident: Cell 101           Was Inmate Injured? ✓ Y ___ N
If yes, Nature of Injury: Cuts inflicted self inflicted by razor blade.
Person(s) Present During Incident: Eric Terrell (Inmate)

## Details of Incident

Inmate Eric Terrell called for help. When I arrived in the infirmary inmate Landon Thomas showed me his arm which was bleeding. I called for assistance and from there officers Lederrick Davis, Randy Freeman, Hunter Jackson, and Oliver Gause removed Landon Thomas from cell 101 searched him and inquired about what had taken place. Landon Thomas stated "I cut my arm because I am in here for nothing and they didn't let me go". Landon Thomas also stated that he used a razor blade to cut his arm, which was not found, Landon Thomas claims to have flushed the razor down the toilet. Officers Randy Freeman and Oliver Gause then placed Inmate Landon Thomas in the library.

End of Report.

6-6-19 Inmate Referred to be Seen by Nurse

[signature] RN      Sgt. [signature] Buffal

- Placed on Suicide Watch
- No acute distress observed

**DEFHY0070**

Page ___ 1 ___ of ___ 1 ___

# L. THOMAS

# 06/06/19

# SUICIDE

# WATCH!!!!!

# CLOSE MONITORING

# IN PROGRESS

**RI, RN, JAIL NURSE**

*DO NOT TAKE OFF UNTIL THE NURSE SAYS SO!!!!!*

Released 8-3-19

**DEFHY0071**



**Name:** THOMAS III, LANDON EARL

**Booking #:** 22-00000314      **Jacket #:** 19-00000225      **Local ID:**
    **DOC #:**                      **State #:**                      **FBI #:**
**License:** 802220029           **State:** MS           **Expiration** 2023

    **DOB:** ▇▇▇▇▇▇▇            **Age:** 40            **SSN:** ▇▇▇▇▇▇▇
    **POB:** MCCOMB, MS

    **Race:** B                **Gender:** M            **Ethnicity:** N
    **Height:** 6' 02''          **Weight:** 160            **Eye/Hair:** BRO/BLK

    **Address:** 07154 OLD HWY 24
    **City:** MAGNOLIA            **State:** MS                **Zip:** 39652

**Employer:**
    **City:**                  **State:**                  **Zip:**
    **Phone:**                  **From:**                  **To:**

DERRY0072

## Booking Information

**Booked #:** 22-00000314
**Agency:** PIKE - PIKE COUNTY SHERIFFS DEPARTMENT
**Booked By:** WALLACE,KIM (KW2970)          **Date:**03/03/2022(20:37

## Arrest Information

**Agency:** PIKE - PIKE COUNTY SHERIFFS DEPARTMENT
**Arrested By:** BRADY,KYLE (KB7536)          **Date:**03/03/2022(18:00

## Charge Information

**Charge:** BURGLARY / OTHER STRUCTURE
**Arrested By:** BRADY,KYLE (KB7536)          **Date:**03/03/2022(18:00
**Bond Amt:** 50,000

**Charge:** RECEIVING STOLEN PROPERTY, FELONY
**Arrested By:** BRADY,KYLE (KB7536)          **Date:**03/03/2022(18:00
**Bond Amt:**

## Hold Information

**Agency:** RC - RANKIN COUNTY
**Start:** 05/17/2022          **End:**

**DEFHY0073**

# PERSONAL PROPERTY FORM
## Pike County Sheriff's Office

**Report Date:**
03/03/2022

**Officer's Name:**
KW2970 - WALLACE,KIM

**Name:**
LANDON THOMAS

**Case Number:**

**Ssno:**

**Date Of Birth:**

**Cell No:**
G-01

**Personal Property (list Each Item On Separate Lines):**
GRAY BRACELET, RING W/ CLEAR STONES, BLACK SHIRT,
BLUE AND GREEN SLEEP PANTS, BLACK BELT, BLUE
JEANS, WHITE SHOES

## 1. PROPERTY CLAIM AGREEMENT (INMATE)

I Certify That The Items Listed Are All Personal Property I Have At
The Time Of My Admission To Jail. I Understand That Any Personal
Property Not Claimed At The Time Of My Release Will Be Held For
Thirty (30) Days From The Date Of My Release.:
YES

**Claim Agreement Date:**
03/03/2022

**Claim Agreement Time:**
1004

Inmate Signature( Date )

## 2. RECEIPT ACKNOWLEDGEMENT (BOOKING OFFICER)

I Hereby Acknowledge The Receipt Of The Above Individual And His/her
Listed Property.:
YES

**Booking Receipt Date:**
03/03/2022

**Booking Receipt Time:**
1004

Booking Officer Signature( Date )

**DEFHY0077**

## 3. RELEASE TO RECEIVING INDIVIDUAL (INMATE)



**Name:** THOMAS III, LANDON EARL

**Booking #:** 22-00000314    **Jacket #:** 19-00000225    **Local ID:**
**DOC #:**    **State #:**    **FBI #:**
**License:** 802220029    **State:** MS    **Expiration** 2023

**DOB:** ▮▮▮▮▮▮    **Age:** 40    **SSN:** ▮▮▮▮▮▮
**POB:** MCCOMB, MS

**Race:** B    **Gender:** M    **Ethnicity:** N
**Height:** 6' 02''    **Weight:** 160    **Eye/Hair:** BRO/BLK

**Address:** 07154 OLD HWY 24
**City:** MAGNOLIA    **State:** MS    **Zip:** 39652

**Employer:**
**City:**    **State:**    **Zip:**
**Phone:**    **From:**    **To:**

**DEFHY0108**

## Booking Information

**Booked #:** 22-00000314
**Agency:** PIKE - PIKE COUNTY SHERIFFS DEPARTMENT
**Booked By:** WALLACE,KIM (KW2970)    **Date:**03/03/2022(20:37)

## Arrest Information

**Agency:** PIKE - PIKE COUNTY SHERIFFS DEPARTMENT
**Arrested By:** BRADY,KYLE (KB7536)    **Date:**03/03/2022(18:00)

## Charge Information

**Charge:** BURGLARY / OTHER STRUCTURE
**Arrested By:** BRADY,KYLE (KB7536)    **Date:**03/03/2022(18:00)
**Bond Amt:** 30,000

## Hold Information

**Agency:** RC - RANKIN COUNTY
**Start:** 05/17/2022    **End:**

**DEFHY0109**

# PERSONAL PROPERTY FORM
# Pike County Sheriff's Office

**Report Date:**
03/03/2022

**Officer's Name:**
KW2970 - WALLACE,KIM

**Name:**
LANDON THOMAS

**Case Number:**

**Ssno:**

**Date Of Birth:**

**Cell No:**
G-01

**Personal Property (list Each Item On Separate Lines):**
GRAY BRACELET, RING W/ CLEAR STONES, BLACK SHIRT,
BLUE AND GREEN SLEEP PANTS, BLACK BELT, BLUE
JEANS, WHITE SHOES

## 1. PROPERTY CLAIM AGREEMENT (INMATE)

I Certify That The Items Listed Are All Personal Property I Have At
The Time Of My Admission To Jail. I Understand That Any Personal
Property Not Claimed At The Time Of My Release Will Be Held For
Thirty (30) Days From The Date Of My Release.:
YES

**Claim Agreement Date:**
03/03/2022

**Claim Agreement Time:**
1004

**Inmate Signature( Date )**

## 2. RECEIPT ACKNOWLEDGEMENT (BOOKING OFFICER)

I Hereby Acknowledge The Receipt Of The Above Individual And His/her
Listed Property.:
YES

**Booking Receipt Date:**
03/03/2022

**Booking Receipt Time:**
1004

**Booking Officer Signature( Date )**

DEFHY0113

Receiving Individual.:

Receiving Individual Name:

Release To Date:

Release To Time:

Inmate Signature( Date )

---

## 4. RELEASE TO RECEIVING INDIVIDUAL (RECEIVING INDIVIDUAL)

I Acknowledge The Receipt Of The Above Inmate's Listed Property With
The Exception Of All Money And Basic Street Clothes (shoes/socks,
Pants, Shirt).:

Receiver Date:

Receiver Time:

Receiving Individual Signature( Date )

---

## 5. RECEIPT ACKNOWLEDGEMENT (INMATE)

I Acknowledge That I Have Received The Above Listed Property
(excluding Money Credited Tothe Inmate Account) At The Time Of My
Release From Jail.:

Release Receipt Date:

Release Receipt Time:

Inmate Signature( Date )

---

## 6. DONATION AUTHORIZATION

I Authorize The Release And Donation Of The Balance Of My Inmate
Account To The Pike County Inmate Canteen Fund At The Time Of My
Release From Jail.:

Donation Date:

Donation Time:

Inmate Signature( Date )

**DEFHY0114**

for : NURSE

## INMATE REQUEST FORM

NAME: Landon Thomas

ZONE: __A__    DATE: 3-14-22

— GRIEVENCE

— COURT

✓ MEDICAL    NURSE

### WRITE YOUR REQUEST BELOW THIS LINE

Im requesting double-trays due to my HIV. infection. I'm losing weight steadily I dont have the energy and Im currently in the last stages of my disease. Im u also requesting a high Protein diet like I was getting in Greene County Prison. As soon as Poss I've had HIV since 2013 I've been secretive about my d[...]

Thank you

### ADMINISTRATIVE RESPONSE ONLY BELOW THIS LINE

(P.S. I've been Secretive about my Disease because I'm ashamed of Having H.I.V.)

NO Mention in Booking Medical

25(

**DEFHY0119**

# INMATE REQUEST FORM

NAME: Landon Thomas

ZONE: A _____          DATE: 3-14-22    Medical

- GRIEVENCE
- COURT              601-394-4898
- ✓ MEDICAL

## WRITE YOUR REQUEST BELOW THIS LINE

I am steadily losing weight, I've been
diagnosed with H.I.V. since 2013. I don't
have my prescribitions or know any of my
Doctos information from Louisiana, Lolli Kemp
Charity hospital. I need my high protein
diet I've usually been getting when I was in
Greene County Prison. Also I've lost At least 10'
Since coming to Jail.

## ADMINISTRATIVE RESPONSE ONLY BELOW THIS LINE

DEFHY0120

3-18-22  Health
Dept
8AM

# PIKE COUNTY DETENTION CENTER

# INMATE MEDICAL INFORMATION FORM

DATE: 3-18-22

NAME: Thomas Landon

D.O.B: █████████

SSN: ███████████

ALLERGIES: NKA

MEDICATIONS: None

VITALS: B/P: 153/93 TEMP: 95.6 HR: 109 RESP: _____

C/O having HIV Positive

**JAIL REPRESENTATIVE/NURSE**

PHYSICIAN NOTES: HIV / Syphilis / gonorrhea / chlamydia drawn.

MD SIGNATURE Cheryl Pyott RN

DEFHY0121

*MS ortho*
*JMRMC 6th floor*

# PIKE COUNTY DETENTION CENTER

# INMATE MEDICAL INFORMATION FORM

**DATE:** 02-29-24 @ 1430

**NAME:** Thomas, Landon Earl

**D.O.B:** ████████

**SSN:** ████████

**ALLERGIES:** NKA

**MEDICATIONS:** Amlodipine 5mg QD, Divalproex ER 500mg QD, Olanzapine 10mg QH Venlafaxine 75mg QD, Naproxen 500mg BID,

**VITALS: B/P:** _____ **TEMP:** _____ **HR:** _____ **RESP:** _____

**C/O** Referral from Frye Rural Health R/T X-ray results

_Mcano RN_

JAIL REPRESENTATIVE/NURSE

........................................................................

**PHYSICIAN NOTES:** Non displaced Right Ulna fx Right Wrist brace, Ibuprofen 800mg po TID prn. Return to clinic 4 weeks

**MD SIGNATURE** _____

**DEFHY0123**

S W Hospital
M⁻ Comb

MS ortho (inside SMRMC
6ᵗʰ Floor)

# PIKE COUNTY DETENTION CENTER

## INMATE MEDICAL INFORMATION FORM

DATE: 3-28-24@ 1445

NAME: Thomas, Landon Earl

D.O.B: ▓▓▓▓

SSN: ▓▓▓▓▓▓

ALLERGIES: NKA

MEDICATIONS: Amlodipine 5mg QD, Divalproex 500mg QD,
Ventaf Venlafaxine 75mg QD, Naproxen 500 BID, Olanzapine
10mg QHS, Ibuprofen 800mg TID prn pain

VITALS: B/P:_____ TEMP:_____ HR:____ RESP:_____

C/O F/U appt. No new complaints. Pain adequately
controlled c current meds

_____
JAIL REPRESENTATIVE/NURSE

·············································································································

PHYSICIAN NOTES:_____

_____

_____

MD SIGNATURE_____

DEFHY0133

*My arm has Been Broken*

*Since 2-19-2[  ] An nobody*

*has done Anything for me!!*

I've spoken to orthopedic's office and sent info to them. I called them again, today 02/26/24. They are to call me back tomarrow with an appt.

**PIKE COUNTY SHERIFF'S OFFICE**

**SHERIFF BRYANT "WALLY" JONES**

1201 North Clark Ave.• Magnolia. Mississippi 39652
(601) 783-6767

**Date and Time:** 2-25-24
**Inmate Name:** Landon Thomas    **Date of Birth:** _____

**List your medical complaint below along with how long it has been happening:**

for you to know that my arm is Broken and not given me any medical attention is cruel an unusual punishment. Yn have not sent me to the hospital to make sure my arm is healing properly, nor have yn given me any pain madicine, or had anyone look at my arm other than sending me to get X-rays. So yn know my arm is Broken, Can I ask yn why haven't yn done anything about my broken arm. It has Been 14 days since I got the X-rays

**Inmate Signature:** Landon Thomas    **Date and Time:** 2-25-24

**Printed Correction Officer Name:** _____
**Correction Officer Signature:** _____
**Date and Time Complaint was sent to nurse:** _____

**Signature from receiving Nurse:** _____
**Date and time Received:** _____

**DEFHY0135**

MS Valerie Wells

DATE: 10-28-23

NAME: Leandon Thomas MDOC# _____ CELL/ZONE: _____

DATE OF BIRTH: _____ DATE OF INCARCERATION: _____

## CHECK THE BOX WHICH DESCRIBES THE ISSUE YOU NEED ASSISTANCE WITH:

☐ BEDDING/CLOTHING
☐ INMATE RECORDS
☐ INMATE ACCOUNTS
☐ TABLET ERRORS (BE SPECIFIC)
☑ MEDICAL

☐ CHAPLAIN
☐ CLASSES
☐ INMATE WORKER
☐ INVESTIGATIONS

☐ LT.
☐ WARDEN
☐ CAPTAIN
☐ OTHER

## BRIEFLY STATE YOUR NEED BELOW:

I need my touch meds. I take Zoloft Depacoat and zeprexa and paxil. If I can call M.D.OC, and see I am prescribed these medications along with Neurose My high blood pressure pills. I need these medications A.S.A.P

## INMATE DO NOT WRITE BELOW THIS LINE

Received I will attempt to contact CMCF, But there is no other way of knowing this related to when you were here last year you was not taking all of that

Thanks

**DEFHY0136**

Frye

# PIKE COUNTY DETENTION CENTER

## INMATE MEDICAL INFORMATION FORM

DATE: 02-14-24 @ 0945    02-20-24  1015

NAME: Thomas, Landon Earl

D.O.B: ████████

SSN: ████████

ALLERGIES: NKA

MEDICATIONS: Ø current routine med

VITALS: B/P: 90/96  TEMP: 97.2  HR 62  RESP: 19

C/O  Hx of HTN - needs meds adeus?
Bipolar, Schizophrenia - was in fight 2 days
ago. Complains Rt Wrist Rt hand

JAIL REPRESENTATIVE/NURSE

PHYSICIAN NOTES: Trazadone, Depakote, Zyprexia, 500mg EX daily, 75mg daily pm
Effexor - (use to set from this?) - in Am
err 60mg daily  25mg daily  Order X-ray

MD SIGNATURE  _____  R Rt.
forearm/wrist

DEFHY0138

Valerie Wells

DATE: 11-3-23

NAME: Landon Thomas  MDOC# 108168  CELL/ZONE: D

DATE OF BIRTH: _____

DATE OF INCARCERATION: _____

## CHECK THE BOX WHICH DESCRIBES THE ISSUE YOU NEED ASSISTANCE WITH:

☐ BEDDING/CLOTHING
☐ INMATE RECORDS
☐ INMATE ACCOUNTS
☐ TABLET ERRORS (BE SPECIFIC)
☑ MEDICAL

☐ CHAPLAIN
☐ CLASSES
☐ INMATE WORKER
☐ INVESTIGATIONS

☐ LT.
☐ WARDEN
☐ CAPTAIN
☐ OTHER

## BRIEFLY STATE YOUR NEED BELOW:

Get my Psych medicine, on the scene, I'm not going to keep asking, it just drop the fuck off on when and I'm not going to keep asking for my High Blood Pressure medicine. I'm being fixed here you need to get my medicine I'm having headaches and my voice are coming back. Call Rankin County Dr. Send the for

## INMATE DO NOT WRITE BELOW THIS LINE

my Psych medicine prescriptions I've been taking for the past year I don't have any family to bring my medicine to me, So if your safe to get my medicine.

Psych- Zoloft, Zyprexa, depacoat

High Blood Pres-Norvasc

Received Mr. Thomas you are not the only inmate here on the stuff I need to do daily is a very long list now you have written a request so now be patience When you if here you did not have any type of pris[...]

DEFHY0142

_Nurse Valeris_

DATE: 1-14-23

NAME: Landon Thomas        MDOC# _____ CELL/ZONE: _____

DATE OF BIRTH: _____

DATE OF INCARCERATION: _____

## CHECK THE BOX WHICH DESCRIBES THE ISSUE YOU NEED ASSISTANCE WITH:

☐ BEDDING/CLOTHING
☐ INMATE RECORDS              ☐ CHAPLAIN
☐ INMATE ACCOUNTS            ☐ CLASSES                    ☐ LT.
☐ TABLET ERRORS (BE SPECIFIC) ☐ INMATE WORKER      ☐ WARDEN
☐ MEDICAL                    ☐ INVESTIGATIONS        ☐ CAPTAIN
                                                          ☐ OTHER

### BRIEFLY STATE YOUR NEED BELOW:

May I have some blank paper to draw on, its
for my daughter I'm writing her a book an
I thought it would be nice to draw her
some pictures so she can color them, some
color pencils would be nice too. Your the only
one I thought would care to help me

#### INMATE DO NOT WRITE BELOW THIS LINE

R

**DEFHY0143**