```
              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

LANDON EARL THOMAS                                          PLAINTIFF

V.                              CIVIL ACTION NO. 5:24-CV-5-DCB-ASH

PIKE COUNTY, MISSISSIPPI, et al.                           DEFENDANTS

Order Adopting Report and Recommendation

This matter is before the Court on Magistrate Judge Andrew S. Harris's Report and Recommendation [ECF No. 57] (the "Report"), to which no objections have been filed. The deadline to object to the Report has expired. Having reviewed the same, the Court finds that Magistrate Judge Harris's Report is well-taken and should be adopted as the findings and conclusions of this Court.

The Magistrate Judge conducted an omnibus hearing and concluded that Plaintiff's Motion to Amend [ECF No. 48] should be construed as a motion to dismiss Defendant Valerie Wells without prejudice. The Report recommends that the motion be granted, and the Court agrees.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge Andrew S. Harris's Report and Recommendation [ECF No. 57] is ADOPTED as the findings and conclusions of this Court.

2

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's Motion to Amend [ECF No. 48] is GRANTED, and Defendant Valerie Wells is dismissed without prejudice from this action.

SO ORDERED AND ADJUDGED this the 16th day of December 2025.

                                                      /s/ David C. Bramlette  
                                        UNITED STATES DISTRICT COURT